**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ARNULFO ROSALES-MENDOZA,

Defendant - Appellant.

No. 10-10387

D.C. No. 4:06-cr-01595-RCC

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted September 27, 2011[**]

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

Arnulfo Rosales-Mendoza appeals from the district court's order revoking

his supervised release and from the 12-month sentence imposed upon revocation.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Rosales-Mendoza's counsel

has filed a brief stating there are no grounds for relief, along with a motion to

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

10-10387